MILDRED L. MUNSON, as Administratrix of the Estate of HAROLD J. MUNSON, Deceased, Respondent, v. STANLEY McDONALD, Defendant, and MODEL TAXI CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Hill, P. J., Brewster, Foster, Russell and Deyo, JJ. [See 273 App. Div. 1039.]